

No. 1084. REISMAN ET AL., DOING BUSINESS AS TRAMMELL, RAND & NATHAN, v. CAPLIN, COMMISSIONER OF INTERNAL REVENUE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Hans A. Nathan* and *Warren E. Magee* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdörfer, Joseph M. Howard* and *Norman Sepenuk* for respondent Caplin.

No. 1064. PLATT, CHIEF JUDGE, U. S. DISTRICT COURT, v. MINNESOTA MINING & MANUFACTURING CO. C. A. 7th Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Loevinger* and *Robert B. Hummel* for petitioner. *John T. Chadwell, Jean Engstrom* and *John L. Connolly* for respondent.

No. 1010. COMPCO CORPORATION v. DAY-BRITE LIGHTING, INC. C. A. 7th Cir. Certiorari granted. *Horace Dawson* for petitioner. *Owen J. Ooms* for respondent.